IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MUSC FOUNDATION FOR )
RESEARCH DEVELOPMENT )
                                    )       No. 3-15-mc-0004
v.                                  )
                                    )
ASTRAZENECA                         )
PHARMACEUTICALS, LP                 )

O R D E R

 Because of what appeared to be some urgency, a telephone conference call was scheduled on Friday, April 3, 2015, at 12:00 noon, to address the motion of Dr. Kenneth McDonough, a non-party, to quash subpoena for a deposition (Docket Entry No. 1).

 However, on April 1, 2015, counsel for Dr. McDonough contacted the office of the Magistrate Judge to advise that neither party will call Dr. McDonough as a witness at trial and that the parties have withdrawn their subpoenas to Dr. McDonough. As a result, there was no need for the April 3, 2015, conference call.

 The motion to quash (Docket Entry No. 1) is therefore DENIED as MOOT, and the April 3, 2015, conference call is CANCELLED.

 Since there are no further matters to be addressed in this case, the Clerk is directed to close this case on the records of the Court.

 It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge